UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NOBLE PARTY, also known as Theron Preston Washington, | Case No. 16-CV-0660 (DWF/SER) |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| PRINCE HALL OF MINNESOTA, | |
| Defendant. | |

---

Plaintiff Noble Party did not pay the required filing fee for this case, but instead filed an application seeking leave to proceed *in forma pauperis* ("IFP").  *See* ECF No. 2.  In an order dated March 21, 2015, that IFP application was denied.  *See* ECF No. 4.  Noble Party was given 20 days to pay the filing fee for this case, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Noble Party has not paid the required filing fee.  In fact, Noble Party has not communicated with the Court since the action was commenced.  Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

2

**RECOMMENDATION**

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated:  April 19, 2016                              *s/Steven E Rau*
                                                    Steven E. Rau
                                                    U.S. Magistrate Judge

**NOTICE**

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  LR 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in LR 72.2(c).

**Under Advisement Date:**  This Report and Recommendation will be considered under advisement 14 days from the date of its filing.  If timely objections are filed, this Report and Recommendation will be considered under advisement from the earlier of: (1) 14 days after the objections are filed; or (2) from the date a timely response is filed.