UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Noble Party, also known as Theron Preston Washington,

      Plaintiff,

v.

Prince Hall of Minnesota,

      Defendant.

Civil No. 16-660 (DWF/SER)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated April 19, 2016. (Doc. No. 5.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Steven E. Rau's April 19, 2016 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 18, 2016            s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Judge